NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE A. CADIENTE,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3146

---

Petition for review of the Merit Systems Protection Board in case no. SF0831100627-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Jose A. Cadiente's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__JUL 19 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jose A. Cadiente
Sarah M. Bienkowski, Esq.

s21

Issued As A Mandate: __JUL 19 2011__

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 19 2011

JAN HORBALY
CLERK